**Jan C. RUST, Plaintiff—Appellant,**

v.

**TMC HEALTHCARE, Defendant— Appellee.**

No. 03–16116.

D.C. No. CV–01–00432–CKJ.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Jan C. Rust, pro se, Tucson, AZ, for Plaintiff–Appellant.

Paul Alan Relich, Tucson, AZ, for Defendant–Appellee.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

**MEMORANDUM**

Jan Rust appeals pro se the district court's summary judgment dismissing her retaliation action against Tucson Medical Center Healthcare ("TMC"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wallis v. J.R. Simplot Co.*, 26 F.3d 885, 888 (9th Cir.1994), and we affirm.

The district court properly held that Rust failed to establish a prima facie case of retaliation. *See Manatt v. Bank of America, NA*, 339 F.3d 792, 800 (9th Cir. 2003). Although Rust established participation in the protected activity of filing an Equal Employment Opportunity ("EEO") complaint against her former employer, *see Ray v. Henderson*, 217 F.3d 1234, 1240 n. 3 (9th Cir.2000), and that she suffered an adverse employment decision when TMC refused to hire her, *see Ruggles v. California Polytechnic State Univ.*, 797 F.2d 782, 786 (9th Cir.1986), she failed to establish a causal link in that she failed to raise a genuine issue that TMC knew that she had filed an EEO complaint when it did not hire her. *See Raad v. Fairbanks N. Star Borough Sch. Dist.*, 323 F.3d 1185, 1197 (9th Cir.2003).

Even if Rust had established a prima facie case of retaliation, she failed to show

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

that TMC's legitimate, non-discriminatory reason that she was not hired was pretext because, among other things, she did not demonstrate interpersonal and management skills during her interview. *See Manatt*, 339 F.3d at 801.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.